No. 89-1402. HEIFNER *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 89-1404. CAMERON ET UX. *v.* BEELER, SCHAD & DIAMOND, P. C. C. A. 7th Cir. Certiorari denied.

No. 89-1411. TINDALL *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 89-1414. HOWELL *v.* MAUZY ET AL. Sup. Ct. Tex. Certiorari denied.

No. 89-1418. ILLINOIS CORPORATE TRAVEL, INC., DBA MCTRAVEL TRAVEL SERVICES *v.* AMERICAN AIRLINES, INC. C. A. 7th Cir. Certiorari denied.

No. 89-1431. MYERS *v.* SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 89-1432. JACKSON *v.* JOHNSTOWN/CONSOLIDATED REALTY TRUST ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89-1437. SUTHERLAND ET AL. *v.* HOLCOMBE ET AL. C. A. 4th Cir. Certiorari denied.

No. 89-1440. KNOX COUNTY, TENNESSEE, ET AL. *v.* MCWHERTER, GOVERNOR OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89-1446. AHTNA, INC. *v.* ALASKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-1447. IDECO DIVISION OF DRESSER INDUSTRIES, INC. *v.* CROCKER NATIONAL BANK ET AL. C. A. 5th Cir. Certiorari denied.

No. 89-1466. RYAN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 89-1487. DUNLAP *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.